PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jhenelle Lewis     Cr.: 21-00136-001
                                                         PACTS #: 6077721

Name of Sentencing Judicial Officer:    THE HONORABLE URSULA UNGARO
                                        UNITED STATES DISTRICT JUDGE (SD/FL)

Name of Assigned Judicial Officer:      THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/28/2020

Original Offense:   Count One: Conspiracy to Import Five Kilograms or More of Cocaine, 21 U.S.C. § 963
                    Count Two: Importation of Five Kilograms or More of Cocaine, 21 U.S.C. § 952(a)
                    Count Three: Conspiracy to Possess with Intent to Distribute Five Kilograms or More of Cocaine, 21 U.S.C. § 846
                    Count Four: Possession with Intent to Distribute Five Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence: Time Served, 5 years of supervised release

Special Conditions: One (1) Year of the Location Monitoring Program, Community Service Obligation, Permissible Search, and Substance Abuse Treatment.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 01/28/2020

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Discovery Bay, Jamaica from August 5 to August 13, 2022 for a family reunion. She will be traveling with her children and sister and will be staying at an Airbnb. Lewis will reserve and provide all flight and lodging information if approved.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Lewis reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Lewis has maintained stable residence and is employed with Baron Staffing LLC in Fairfield, New Jersey. Lewis satisfied her special assessment of $400 and has completed 103 hours of community service thus far. As such, she is in compliance with the conditions of supervised release.

Prob 12A – page 2
Jhenelle Lewis

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

/ kam

PREPARED BY:

| *Kelly A. Maciel* | *07/21/2022* |
|---|---|
| KELLY A. MACIEL | Date |
| U.S. Probation Technician | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☑ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

July 26, 2022
_____
Date